**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STANLEY N. OZOROSKI,** | : | **CIVIL ACTION NO. 1:08-CV-0082** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFERY A. BEARD**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of March, 2008, upon consideration of the motion to dismiss the original complaint (Doc. 5), and it appearing that plaintiff has filed an amended complaint (Doc. 7), and that an amended complaint renders the original complaint a legal nullity, see Snyder v. Pascack Valley Hosp., 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (2d ed. 1990) ("Once an amended pleading is interposed, the original pleading no longer performs any function in the case . . . ."), it is hereby ORDERED that the motion to dismiss the original complaint (Doc. 5) is DENIED as moot.

  /s/ Christopher C. Conner  
CHRISTOPHER C. CONNER
United States District Judge