# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY N. OZOROSKI**, | : | **CIVIL ACTION NO. 1:08-CV-0082** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JEFFERY A. BEARD, et al.**, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of April, 2008, upon consideration of the motion to dismiss the amended complaint (Doc. 9), filed by defendants Prison Health Services and Adam A. Edelman, and it appearing that the moving defendants have not filed a brief in support of the motion as of the date of this order, it is hereby ORDERED that the motion to dismiss (Doc. 9) is deemed WITHDRAWN.  See L.R. 7.5 ("[I]f supporting legal briefs are not filed within the time provided in this rule, [the] motion shall be deemed to be withdrawn.").

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge