# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY N. OZOROSKI**, | : | **CIVIL ACTION NO. 1:08-CV-0082** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JEFFERY A. BEARD, et al.**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 17th day of June, 2008, upon consideration of the motion to dismiss the second amended complaint (Doc. 43), filed by defendants Prison Health Services and Adam A. Edelman on May 30, 2008, and it appearing that, as of the date of this order, defendants have not filed a brief in support of the motion, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion."), it is hereby ORDERED that the motion (Doc. 43) is DEEMED withdrawn, see id. (providing that failure to file a brief in support of a motion within ten days shall result in the motion being "deemed to be withdrawn").

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge