# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY N. OZOROSKI**, | : CIVIL ACTION NO. 1:08-CV-0082 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **DR. FREDERICK R. MAUE**, *et al.*, | : |
| **Defendants** | : |

## ORDER

AND NOW, this 9th day of March, 2010, upon consideration of the motion (Doc. 139) to strike, filed by defendants Prison Health Services and Adam A. Edelman, M.D. (collectively, "defendants"), wherein defendants move to strike plaintiff's sur-reply (Doc. 136) to defendants' motion for summary judgment because it was filed without permission of the court, and it appearing that plaintiff failed to comply with Local Rule 7.7 prior to filing his sur-reply, see L.R. 7.7 (prohibiting parties from filing sur-reply briefs without court permission), but that no prejudice has resulted from plaintiff's procedural impropriety, it is hereby ORDERED that:

1. Defendants' motion (Doc. 139) to strike is DENIED.

2. No further summary judgment briefing shall be permitted absent receipt of court approval pursuant to Local Rule 7.7.

                                                                S/ Christopher C. Conner
                                                              CHRISTOPHER C. CONNER
                                                               United States District Judge